UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBIN ANDERSON, <br><br> Plaintiff, <br><br> v. <br><br> CAROLINE W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.   13-5968 BHS-KLS <br><br> REPORT AND RECOMMENDATION |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion for remand. (ECF 20).  After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

This Court recommends that on remand, the administrative law judge will hold a new hearing and issue a new decision.  The ALJ will reevaluate the opinions of the treating, examining, and non-examining sources; further assess the claimant's residual functional capacity; and obtain supplemental evidence from a vocational expert.  The ALJ will take any other actions necessary to develop the record.  Plaintiff may submit additional evidence and arguments to the ALJ on remand.

///

REPORT AND RECOMMENDATION - 1

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.** A proposed order accompanies this Report and Recommendation.

DATED this 9th day of May, 2014.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2