UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBIN ANDERSON,<br><br>                Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. 13-5968 BHS-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 21) recommending that this case be remanded, based on the stipulation of the parties (Dkt. 20). It is therefore ORDERED as follows:

(1)  The Court ADOPTS the Report and Recommendation; and

(2)   The Court REVERSES and REMANDS for further administrative proceedings.

DATED this 12th day of May, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1